# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Michele Rader, | | Case No.: 24-cv-00445-JFJ |
| Plaintiff, | | Proceeding: Motion Hearing |
| vs. | | Date: 6/10/2025 |
| | | Time: 10:00 a.m. |
| Ox Car Care Inc., | | |
| Defendant. | | **MINUTE SHEET** |

| | | |
|---|---|---|
| Jodi F. Jayne, U.S. Magistrate Judge | S. Lamoreaux-Cope, Deputy Clerk | Magistrate Courtroom 2 |

Counsel for Plaintiff:   Mark Edward Hardin
Counsel for Defendant:  Dustin Joseph Vanderhoof

Minutes: Case called for oral argument on Defendant's Motion to Compel Arbitration and Dismiss (ECF No. 15). Arguments heard. Matter is taken under advisement.

Court Time: 9:58 a.m. – 10:50 a.m.